### IN THE DISTRICT COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### EASTERN DIVISION

**DENNIS THOMAS**                                                                                                          **PLAINTIFF**

**VS.**                                                                       **CASE NO. 2:15-cv-00002-KS-MTP**

**RICKY BARNETT**                                                           **DEFENDANT/CROSS-CLAIMANT**
**and DEERE & COMPANY**                                               **DEFENDANT/CROSS-DEFENDANT**

### DEFENDANT DEERE & COMPANY'S
### MOTION FOR JURISDICTIONAL OR REMAND RELATED DISCOVERY

Defendant Deere & Company submits this Motion for Jurisdictional or Remand Related Discovery. Defendant has filed a Notice of Removal and submits that such Notice on its face is sufficient to establish that removal of this civil action was proper. Nonetheless, in the event the Court concludes that the Notice contains insufficient evidence to allow the Court to realign Defendant and Cross Claimant Ricky Barnett as a plaintiff in this action, or if the Court determines a hearing on a potential the motion to remand is necessary, Deere & Company moves the Court for an order allowing Deere & Company to conduct limited discovery on the circumstances surrounding the common interest attorney client privilege allegedly existing between Barnett and Thomas and the alignment of the parties, including any agreements between the Barnett and Thomas concerning this case before the hearing is conducted. Deere & Company hereby incorporates by reference its memorandum of authorities, including all argument, authority and other matters contained therein submitted in support of this motion.

WHEREFORE, PREMISES CONSIDERED, Deere & Company moves this Court for an order allowing Deere & Company to conduct limited discovery on the circumstances

surrounding the common interest attorney client privilege allegedly existing between Barnett and Thomas and the alignment of the parties, including any agreements between the Barnett and Thomas concerning this case. Deere & Company further prays for such additional, supplemental, different or alternative relief as may be appropriate in the premises.

Respectfully submitted this the 16th day of January, 2015.

> */s/ Frank M. Holbrook*
> Frank M. Holbrook (MS Bar No. 2500)
> William P. Thomas (MS Bar No.102209)
> BUTLER SNOW LLP
> Crescent Center, Suite 500
> 6075 Poplar Avenue
> Memphis, TN  38119
> Telephone:  (901) 680-7200
> Facsimile:   (901) 680-7201
> E mail: frank.holbrook@butlersnow.com
> E mail: will.thomas@butlersnow.com
> *Attorney for Defendant Deere & Co.*
>
> MURPHY & ANDERSON, P.A.
> NIELS P. MURPHY (admitted *pro hac vice*)
> Florida Bar No.: 0065552
> CHRISTEN E. LUIKART (admitted *pro hac vice*)
> Florida Bar No.: 0021841
> 1501 San Marco Boulevard
> Jacksonville, FL 32207
> Telephone: (904) 598-9282
> Facsimile: (904) 598-9283
> Email: nmurphy@murphyandersonlaw.com

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on January 16, 2015 a copy of the Deere & Company's Motion for Jurisdictional or Remand-Related Discovery was served upon the following attorneys via mail and electronic mail:

RANCE N. ULMER, ESQ.
Ulmer Law Office
141 N. Broadway
P.O. Box 1
Bay Springs, MS  39422
859-254-9351 phone
859-233-9769 fax
ranceulmer@ulmerlaw.ms

*Attorney for Plaintiff Dennis Thomas*

MARC WEINGARTEN, ESQ.
Locks Law Firm
601 Walnut Street, Suite 720 East
Philadelphia, PA 19106
(215) 893-3444 phone
mweingarten@lockslaw.com

*Attorney for Plaintiff Dennis Thomas*

JOHN GEHLHAUSEN, ESQ.
ROBERT J. INGRAHAM, ESQ.
22488 East Polk Drive
Aurora, CO  80016
303-690-8197 phone
jgehlhausen@tractorlaw.com

*Attorney for Defendant/Cross-Claimant Rickey Barnett*

LARRY STAMPS, ESQ.
ANITA STAMPS, ESQ.
Stamps & Stamps
P.O. Box 2916
Jackson, MS  39207-2916
269 East Pearl Street
Jackson, MS  39201
601-354-4747 phone

*Attorneys for Defendant/Cross-Claimant Rickey Barnett*

      */s/ Frank M. Holbrook*
      Frank M. Holbrook

ButlerSnow 24198115v1